

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

On December 30, 2014, Appellant filed his second unopposed motion for extension of time to file his brief. The request is granted. Appellant's brief is due to be filed in this court not later than January 30, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court